AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Presidio Management LLC Series 2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PRESIDIO MANAGEMENT LLC SERIES 2, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, QUALITY LOAN SERVICE CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX<br><br>Defendants. | CASE NO.:   2:22−cv−00393−JCM−EJY<br><br>**STIPULATION AND ORDER RE FILING DEADLINES FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 14, 2022, the parties met and conferred regarding the deadline for plaintiff PRESIDIO MANAGEMENT LLC SERIES 2 ("Plaintiff") to file its opposition to defendant NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER's ("Defendant") Motion to Dismiss, and the deadline for Defendant to file its opposition to Plaintiff's Motion for Preliminary Injunction. Accordingly, the parties stipulated as follows:

1. Plaintiff's deadline to oppose Defendant's Motion to Dismiss shall be May 16, 2022.

2. Defendant's deadline to oppose Plaintiff's Motion for Preliminary Injunction shall be May 16, 2022.

| | |
|---|---|
| DATED this 15th day of April, 2022<br><br>**CLARK NEWBERRY LAW FIRM**<br><br>   */s/ Aimee Clark Newberry*<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, Nevada 89145<br>*Attorney for Presidio Management LLC Series 2* | DATED this 15th day of April, 2022<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>   */s/ Vanessa M. Turley*<br>BRODY R. WIGHT, ESQ.<br>Nevada Bar No. 13615<br>VANESSA M. TURLEY, ESQ.<br>Nevada Bar No. 14635<br>8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)<br>*Attorney for Nationstar Mortgage LLC, dba Mr. Cooper* |

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss on or before May 16, 2022.

IT IS FURTHER HEREBY ORDERED that Defendant shall file its Opposition to Plaintiff's Motion for Preliminary Injunction on or before May 16, 2022.

DATED April 22, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

   */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Presidio Management LLC Series 2*